Marquise D. Pondexter Moinstosh
J84600
Central Florida Reception Center
7000 H.C. Kelley Road
Orlando, FL 32831

**LEGAL MAIL**

Unit
401 W.
Orlando,





